# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505 5138 2307 5259 2232 28, addressed to "Natasha Carr Van C. Calhoun, 8335 E. Irwin Ave, Mesa AZ 85209," with a return address of "7902 Gerber Rd #350, SAC 95828". It is a white Priority Mail Tyvek envelope; weighing 1 pound, 7.1 ounces; postmarked September 16, 2025; and bearing $14.85 in postage.

**SEARCH WARRANT**

Case Number: 25-8509MB

TO: Dawn Haynes and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Dawn Haynes, TFO with the UNITED STATES POSTAL INSPECTION SERVICE, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505 5138 2307 5259 2232 28, addressed to "Natasha Carr Van C. Calhoun, 8335 E. Irwin Ave, Mesa AZ 85209," with a return address of "7902 Gerber Rd #350, SAC 95828". It is a white Priority Mail Tyvek envelope; weighing 1 pound, 7.1 ounces; postmarked September 16, 2025; and bearing $14.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **10-3-25** (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

**9-19-25    3:31 pm**          at    Phoenix, Arizona
Date and Time Issued                    City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505 5138 2307 5259 2232 28, addressed to "Natasha Carr Van C. Calhoun, 8335 E. Irwin Ave, Mesa AZ 85209," with a return address of "7902 Gerber Rd #350, SAC 95828". It is a white Priority Mail Tyvek envelope; weighing 1 pound, 7.1 ounces; postmarked September 16, 2025; and bearing $14.85 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 25-8509 MB

I, Dawn Haynes, being duly sworn, depose and state as follows:

I am a TFO with the UNITED STATES POSTAL INSPECTION SERVICE and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505 5138 2307 5259 2232 28, addressed to "Natasha Carr Van C. Calhoun, 8335 E. Irwin Ave, Mesa AZ 85209," with a return address of "7902 Gerber Rd #350, SAC 95828". It is a white Priority Mail Tyvek envelope; weighing 1 pounds, 7.1 ounces; postmarked September 16, 2025; and bearing $14.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF Dawn Haynes, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Jason Crowley

Sworn to me telephonically, and subscribed electronically

Date: 9-19-25  3:31pm

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Affiant – Dawn Haynes
(Digitally signed by TFO Dawn Haynes, Date: 2025.09.19 15:08:10 -07'00')

at Phoenix, Arizona
City and State

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Dawn Haynes, being duly sworn, hereby depose and state as follows:

1. I am a Task Force Officer (TFO) with the United States Postal Inspection Service (hereafter referred to as USPIS) and have been employed by the Mesa Police Department since March of 2001. I had previously been employed a s a police officer in Illinois from January 1993 to March of 2001. I have completed a basic training course at the Mesa Police Academy and Chicago (Illinois) Police Academy, which included training in the investigation of narcotics trafficking. I am currently assigned to the Mesa Police Department Organized Crime K9 Interdiction unit. Additionally, I am assigned as a TFO to the Phoenix Division Contraband Investigation and Interdiction Team (CI2 Team) in Arizona, which is responsible for investigating narcotics violations involving the United States (U.S.) mail. Part of my training as a TFO with USPIS included narcotics trafficking investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. mail.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below. However, because the purpose of this affidavit is merely to establish probable cause, it does not reflect all of

1

the relevant facts known to law enforcement officers.

3. This Affidavit is made in support of an application for a search warrant for one (1) United States Postal Service (USPS) parcel (the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL is** believed to contain controlled substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCEL** is further described as follows:

One USPS Priority Mail parcel bearing USPS tracking number 9505 5138 2307 5259 2232 28, addressed to "Natasha Carr, Van C. Calhoun, 8335 E Irwin Ave, Mesa AZ 85209," with a return address of "7902 Gerber Rd #350, SAC 95828". It is a white Priority Mail Tyvek envelope; weighing 1 pound, 7.1 ounces; postmarked September 16, 2025; and bearing $14.85 in postage.

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the CI2 Team, I am aware that the USPS mail system is frequently used to transport controlled substances and proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Express Mail operations, I am aware that the Express Mail service was designed primarily to fit the needs of

businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience regarding Priority Mail operations, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Additionally, I have learned that most Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not required. I also know, like Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of typical business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the CI2 Team who specialize in investigations relating

3

to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its proximity to the United States-Mexico border. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

    a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

    b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

    c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and/or

    d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

11. Express Mail and Priority Mail parcels found to meet any or all of the

characteristics described above are often scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

### RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On or about September 19, 2025, the United States Postal Inspection Service ("USPIS") identified a suspicious parcel (the **SUBJECT PARCEL**) mailed from Sacramento, CA, destined for Mesa, AZ.

13. On September 19, 2025, members of USPIS conducted a physical examination of the **SUBJECT PARCEL** and observed that it met some of the characteristics listed in Paragraph 10 above. First, The **SUBJECT PARCEL** bore handwritten address information and the **SUBJECT PARCEL** was mailed from an address in California to an address in Arizona.

14. Members of USPIS conducted a database query regarding the name and address for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to me. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

15. Through the CLEAR database query, it was learned that the delivery address of the **SUBJECT PARCEL**, 8335 E. Irwin Ave, Mesa AZ 85209, is an existing, deliverable address. The same database shows "Natasha Carr" does not currently associate to this address, having a more current address in Georgia. "Van C. Calhoun" does not associate to this address. Utilizing the same CLEAR database query, investigators learned that the return address for the **SUBJECT PARCEL**, 7902 Gerber Rd #350, Sacramento,

CA 95828, is an existing, deliverable address. The same database shows this to be a UPS store. However, because there is no name listed (or even state) investigators cannot determine if the sender associates with the return address for the **SUBJECT PARCEL**.

16. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the CI2 Team who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use purported names not associated with a particular address and utilize fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

17. On September 19, 2025, your Affiant utilized my drug-detecting canine Nicole to inspect the **SUBJECT PARCEL** at the United States Postal Service ("USPS") facility. At approximately 13:56 PM, Nicole gave a positive alert to the **SUBJECT PARCEL** by sitting down next to the **SUBJECT PARCEL**.

18. When canine Nicole sits down next to an item as she did, Nicole is exhibiting a "passive" alert that Nicole has been trained to give. This "passive" alert given by Nicole indicates the presence within the **SUBJECT PARCEL** of heroin, cocaine, marijuana, Fentanyl and/or methamphetamine, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, Fentanyl and/or methamphetamine.

19. I am a Mesa Police Department (MPD) Detective currently assigned to the handling and care of MPD narcotics-detecting canine Nicole. I have been a law enforcement officer with MPD for 24 years. Nicole is an eight-year-old Belgian Malinois who has been working drugs/narcotics detection for the MPD since February 2020. Nicole

and I currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification and Nicole, and I were last certified in March 2025. My certifications also include the completion of a canine certification course presented by Alpha Canine training facility in Nashville, Tennessee. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, Fentanyl, and their derivatives. Since Nicole began working at the MPD, Nicole has had over 300 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances or proceeds from the sales of controlled substances.

## CONCLUSION

20. Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

TFO Dawn Haynes
Digitally signed by TFO Dawn Haynes
Date: 2025.09.19 15:08:46 -07'00'

DAWN HAYNES
TFO, United States Postal Inspection Service

Subscribed electronically and sworn telephonically on this ___19th___ day of September, 2025.

_____
HONORABLE JOHN Z BOYLE
UNITED STATES MAGISTRATE JUDGE

7